| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Anthony Shore, §
§
    Plaintiff, §
§
versus §    Miscellaneous Action H-13-546
§
Rick Thaler, §
§
    Defendant. §

## Order Denying Appointment of Counsel

With the appearance of Karl S. Stern, Elizabeth M. Devaney, and Charles M. Rosson as counsel for Anthony Shore, his motion for appointment of counsel is denied as moot. (1)

Signed on June 4, 2013, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge